# CASTELLANO | MALM
# FERRARIO & BUCK PLLC

2121 K Street N.W., Suite 800
Washington, DC 20037
www.cmfblaw.com

Matias Ferrario
Tel. 202.478.5300
Fax 202.318.1288
mferrario@cmfblaw.com

April 5, 2006

**Via U.S. Mail and Electronic Mail**

Robert W. Ashbrook, Jr.
Dechert LLP
Cira Centre, 21st Floor
2929 Arch Street
Philadelphia, Pennsylvania 19104

Re: Subpoena in Synthes (U.S.A.) and Synthes Spine Company, L.P. v. Globus Medical, Inc., Richard A. Kienzle, and David C. Paul, CA No. 2:04-cv-1235

Dear Robert,

Castellano Malm Ferrario & Buck, PLLC ("CMFB") is in receipt of a third party subpoena issued by Synthes (U.S.A.) and Synthes Spine Company, L.P. (collectively, "Synthes") in the above referenced matter. To the extent CMFB may have documents responsive to the requests listed in Schedule A of the subpoena, CMFB objects to producing any such documents at this time. Accordingly, pursuant to Fed. R. Civ. P. 45(c)(2) Synthes is not entitled to the production of any documents requested in the subpoena absent a court order.

Notwithstanding the above, CMFB is open to reaching agreement concerning the requested information. From our perspective, any such compromise would entail limiting the nature and scope of the requests to (a) prevent disclosure of privileged information for which there has been no waiver, (b) protect confidential business information, (c) reduce the burden of complying with the subpoena, and (d) prevent duplicative effort and unnecessary expense.

To avoid repetition, the following forms part of CMFB's objections to each and every request listed in Schedule A:

CMFB objects to each and every request to the extent that they seek documents or things protected from disclosure by the attorney-client privilege, the attorney-work product doctrine, and/or any other applicable statutory or common law privilege. CMFB objects to each and every request to the extent that they seek disclosure of a trade secret or other confidential research, development, or commercial information. CMFB objects to each and every request to the extent that they seek documents or things already available to Synthes from their own files or from public sources. CMFB objects to each and every

R. W. Ashbrook
April 5, 2006
2 of 3

request in that the requests encompass electronic documents, the collection of which is unduly burdensome, duplicative, and costly. CMFB objects to each and every request to the extent that there is no limit as to time or technical subject matter. CMFB objects to each and every request to the extent that they seek documents or things beyond CMFB's possession, custody, or control. CMFB also objects to each and every request on the grounds that such requests are overly broad and unduly burdensome and oppressive.

Additionally, CMFB objects to the requests listed in Schedule A on the following grounds:

### Document Request No. 1

In addition to the general objections recited above, CMFB objects to this request on the grounds that it is vague and ambiguous to the extent that it calls for a "first" written description, drawing, oral disclosure, or disclosure. CMFB also objects to this request to the extent that it calls for all documents "referring or relating to the conception, design, development, or testing of any alleged invention described or claimed in Globus Patents, Globus Applications, or any related patent or related patent application..." as overly burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

### Document Request No. 2

In addition to the general objections recited above, CMFB objects to this request on the grounds that it is vague and ambiguous to the extent that it calls for "all documents referring or relating to the conception, design, development, or testing of any alleged invention described or claimed in the Globus Patents, Globus Applications, or any related patent or related patent application...." CMFB also objects to this request as overly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. CMFB also objects to this request on the grounds that the term "first" is vague and ambiguous.

### Document Request No. 3

In addition to the general objections recited above, CMFB objects to this request on the grounds that it is overly burdensome, vague and ambiguous to the extent that it calls for "all documents referring or relating to any use."

### Document Request No. 4

In addition to the general objections recited above, CMFB objects to this request on the grounds that it is overly burdensome and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it calls for "all documents...referring or relating to the preparation and prosecution" of Globus Patents, Globus Applications, or

R. W. Ashbrook
April 5, 2006
3 of 3

related patents or related patent applications. CMFB further objects to this request on the grounds that the terms "proposed" and "considered" are vague and ambiguous and are not subject to reasonable interpretation.

**Document Request No. 5**

In addition to the general objections recited above, CMFB objects to this request on the grounds that it is overly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and duplicative to the extent that it calls for "all documents referring to relating to any communications regarding the Globus Patents, or the subject matter of the Globus Patents, Globus Applications, or any related patents or related patent applications."

**Document Request No. 6**

In addition to the general objections recited above, CMFB objects to this request on the grounds that it is vague and ambiguous to the extent that it requires CMFB to make a determination as to the individuals who "worked on the conception, design, or development of any alleged inventions...."

In closing, please contact me as soon as possible to discuss the nature and scope of the information requested. As you are aware, we have a limited amount of time to seek a court order quashing or modifying the subpoena. We therefore request your prompt attention to this matter.

Very Truly Yours,

Matias Ferrario

cc: Jay Gantz (*via email only*)
David Demski (*via email only*)
John McShea (*via email only*)

MXF/kan