UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**Synthes (USA)** and
**Synthes Spine Company, L.P.**
1302 Wrights Lane East,
West Chester, PA 19380

      Plaintiffs

      v.

**Globus Medical Inc.**,
**Richard A. Kienzle** and
**David C. Paul**,

      Defendants

1:06-MS-00161 RMC

---

### CONSENT MOTION FOR EXTENSION OF TIME
### TO REPLY TO CASTELLANO MALM'S MOTION TO QUASH

Plaintiffs Synthes (USA) and Synthes Spine Company, L.P. (collectively, "Synthes") respectfully request that this Court grant an extension of time until May 15, 2006 to file its opposition to third party Castellano Malm Ferrario & Buck PLLC's ("Castellano Malm's) Motion to Quash Subpoena *Duces Tecum*. Castellano Malm consents to this motion for an extension of time.

On March 24, 2006, Synthes served a subpoena *Duces Tecum* on Castellano Malm. Castellano Malm served objections to that subpoena, refused to produce any documents, and on April 24, 2006, filed a Motion to Quash the subpoena. Synthes requests additional time to respond to the motion to quash because Synthes and Castellano Malm are continuing to negotiate the extent of Castellano Malm's response.

Accordingly, Synthes respectfully requests that the Court grant this consent motion.

Respectfully submitted,

Dated: May 8, 2006

*[signature: Terri L. Bowman]*

Terri L. Bowman
D.C. Bar No. 438932
Dechert LLP
1775 I Street, NW
Washington, DC 20006-2401
(202) 261-3326 telephone
(202) 261-3333 facsimile

Robert W. Ashbrook Jr.
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
(215) 994-2215 telephone
(215) 994-2222 facsimile

*Counsel for Plaintiffs Synthes (USA) and
Synthes Spine Company, L.P.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**Synthes (USA)** and
**Synthes Spine Company, L.P.**

    Plaintiffs

    v.

**Globus Medical Inc.,**
**Richard A. Kienzle** and
**David C. Paul**,

    Defendants

---

1:06-MS-00161 RMC

### [PROPOSED] ORDER

Plaintiffs Synthes (USA) and Synthes Spine Company, L.P.'s Consent Motion for Extension of Time to Reply to Castellano Malm Ferrario & Buck PLLC's Motion to Quash Subpoena *Duces Tecum* is granted. Plaintiffs' reply brief is due on May 15, 2006.


SO ORDERED:


Dated: _____            _____
                                                                 Rosemary M. Collyer
                                                                 United States District Judge

## Certificate of Service

I hereby certify that today in Synthes et al. v. Globus Medical Inc. et al., D.D.C. no. 1:06-MS-00161 RMC, I caused a copy of Plaintiffs' Consent Motion for Extension of Time to Reply to Castellano Malm's Motion to Quash, Disclosure Statement, and Proposed Order to be served by ECF, First class mail and email upon:

    Matias Ferrario, Esq.
    Castellano Malm Ferrario & Buck PLLC
    2121 K Street, N.W., Suite 800
    Washington, DC 20037
    mferrario@cmfblaw.com
    *Counsel for Castellano Malm Ferrario & Buck PLLC*

    John P. McShea, Esq.
    McShea Tecce, P.C.
    Bell Atlantic Tower, 28th Floor
    1717 Arch Street
    Philadelphia, PA 19103
    jmcshea@mcshea-tecce.com
    *Counsel for Globus Medical Inc., Richard A. Kienzle and David C. Paul*

Dated: May 8, 2006

                                                Terri L. Bowman