

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**Synthes (USA)** and
**Synthes Spine Company, L.P.**
1302 Wrights Lane East,
West Chester, PA 19380

      Plaintiffs

      v.

**Globus Medical Inc.,**
**Richard A. Kienzle** and
**David C. Paul,**

      Defendants

---

1:06-MS-00161 RMC

### DISCLOSURE STATEMENT AND
### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES
### OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Synthes (USA) and Synthes Spine Company, L.P., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Synthes (USA) or Synthes Spine Company, L.P. which have any outstanding securities in the hands of the public:

    Synthes, Inc. (parent corporation of Synthes (USA) and of Synthes
    Spine Company, L.P.)

These representations are made in order that judges of this Court may determine the need for recusal.

**RECEIVED**

MAY 8 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Dated: May 8, 2006

*Terri S. Bowman*

Terri L. Bowman
D.C. Bar No. 438932
Dechert LLP
1775 I Street, NW
Washington, DC  20006-2401
(202) 261-3326 telephone
(202) 261-3333 facsimile

Robert W. Ashbrook Jr.
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
(215) 994-2215 telephone
(215) 994-2222 facsimile

*Counsel for Plaintiffs Synthes (USA) and
Synthes Spine Company, L.P.*

## Certificate of Service

I hereby certify that today in Synthes et al. v. Globus Medical Inc. et al., D.D.C. no. 1:06-MS-00161 RMC, I caused a copy of Plaintiffs' Consent Motion for Extension of Time to Reply to Castellano Malm's Motion to Quash, Disclosure Statement, and Proposed Order to be served by ECF, First class mail and email upon:

Matias Ferrario, Esq.
Castellano Malm Ferrario & Buck PLLC
2121 K Street, N.W., Suite 800
Washington, DC 20037
mferrario@cmfblaw.com
*Counsel for Castellano Malm Ferrario & Buck PLLC*

John P. McShea, Esq.
McShea Tecce, P.C.
Bell Atlantic Tower, 28th Floor
1717 Arch Street
Philadelphia, PA 19103
jmcshea@mcshea-tecce.com
*Counsel for Globus Medical Inc., Richard A. Kienzle and David C. Paul*

Dated:  May 8, 2006                                   /s/ Terri L. Bowman
                                                      Terri L. Bowman