UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. COURT OF APPEALS
FOR THE D C CIRCUIT

2006 MAY -8 PM 7: 00

FILING DEPOSITORY

---

**Synthes (USA)** and
**Synthes Spine Company, L.P.**
1302 Wrights Lane East,
West Chester, PA 19380

    Plaintiffs

v.    1:06-MS-00161 RMC

**Globus Medical Inc.,**
**Richard A. Kienzle** and
**David C. Paul,**

    Defendants

---

### CONSENT MOTION FOR EXTENSION OF TIME
### TO REPLY TO CASTELLANO MALM'S MOTION TO QUASH

Plaintiffs Synthes (USA) and Synthes Spine Company, L.P. (collectively, "Synthes") respectfully request that this Court grant an extension of time until May 15, 2006 to file its opposition to third party Castellano Malm Ferrario & Buck PLLC's ("Castellano Malm's) Motion to Quash Subpoena *Duces Tecum*. Castellano Malm consents to this motion for an extension of time.

On March 24, 2006, Synthes served a subpoena *Duces Tecum* on Castellano Malm. Castellano Malm served objections to that subpoena, refused to produce any documents, and on April 24, 2006, filed a Motion to Quash the subpoena. Synthes requests additional time to respond to the motion to quash because Synthes and Castellano Malm are continuing to negotiate the extent of Castellano Malm's response.

Accordingly, Synthes respectfully requests that the Court grant this consent motion.

RECEIVED
MAY 8 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Dated: May 8, 2006

*[signature: Terri L. Bowman]*

Terri L. Bowman
D.C. Bar No. 438932
Dechert LLP
1775 I Street, NW
Washington, DC  20006-2401
(202) 261-3326 telephone
(202) 261-3333 facsimile

Robert W. Ashbrook Jr.
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
(215) 994-2215 telephone
(215) 994-2222 facsimile

*Counsel for Plaintiffs Synthes (USA) and
Synthes Spine Company, L.P.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

Synthes (USA) and
Synthes Spine Company, L.P.

      Plaintiffs

      v.

Globus Medical Inc.,
Richard A. Kienzle and
David C. Paul,

      Defendants

1:06-MS-00161 RMC

---

## [PROPOSED] ORDER

Plaintiffs Synthes (USA) and Synthes Spine Company, L.P.'s Consent Motion for Extension of Time to Reply to Castellano Malm Ferrario & Buck PLLC's Motion to Quash Subpoena *Duces Tecum* is granted. Plaintiffs' reply brief is due on May 15, 2006.

SO ORDERED:

Dated: _____

                                                              _____
                                                              Rosemary M. Collyer
                                                              United States District Judge

## Certificate of Service

I hereby certify that today in Synthes et al. v. Globus Medical Inc. et al., D.D.C. no. 1:06-MS-00161 RMC, I caused a copy of Plaintiffs' Consent Motion for Extension of Time to Reply to Castellano Malm's Motion to Quash, Disclosure Statement, and Proposed Order to be served by ECF, First class mail and email upon:

>Matias Ferrario, Esq.
>Castellano Malm Ferrario & Buck PLLC
>2121 K Street, N.W., Suite 800
>Washington, DC 20037
>mferrario@cmfblaw.com
>*Counsel for Castellano Malm Ferrario & Buck PLLC*

>John P. McShea, Esq.
>McShea Tecce, P.C.
>Bell Atlantic Tower, 28th Floor
>1717 Arch Street
>Philadelphia, PA 19103
>jmcshea@mcshea-tecce.com
>*Counsel for Globus Medical Inc., Richard A. Kienzle and David C. Paul*

Dated: May 8, 2006

Terri L. Bowman