## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------

**Synthes (USA)** and
**Synthes Spine Company, L.P.**

      Plaintiffs

      v.

**Globus Medical Inc.,**
**Richard A. Kienzle** and
**David C. Paul,**

      Defendants

------------------------------------------------------------

1:06-MS-00161 RMC

### SYNTHES'S CROSS-MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 45(c)(2)(B), the plaintiffs in the underlying case in the Eastern District of Pennsylvania, Synthes (USA) and Synthes Spine Company, L.P. ("Synthes"), respectfully move the Court to compel Castellano Malm Ferrario & Buck PLLC ("Castellano Malm") to comply with the subpoena dated March 24, 2006, and served upon Castellano Malm by Synthes. A copy of the subpoena is Exhibit A to the accompanying Synthes's Memorandum of Law Opposing Castellano Malm's Motion to Quash and Supporting Synthes's Cross-Motion to Compel.

Synthes has met and conferred by telephone with Castellano Malm in a good faith effort to determine whether there is any opposition to the relief sought and to narrow the areas of disagreement. This motion is opposed.

1

Respectfully submitted,

Dated:  May 15, 2006

_____

Terri L. Bowman
D.C. Bar No. 438932
Dechert LLP
1775 I Street, NW
Washington, DC  20006-2401
(202) 261-3326 telephone
(202) 261-3333 facsimile

Robert C. Heim
Robert W. Ashbrook Jr.
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
(215) 994-2215 telephone
(215) 994-2222 facsimile

*Counsel for Plaintiffs Synthes (USA) and
Synthes Spine Company, L.P.*

12359227.10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------

**Synthes (USA)** and
**Synthes Spine Company, L.P.**

       Plaintiffs

       v.

**Globus Medical Inc.,**
**Richard A. Kienzle** and
**David C. Paul,**

       Defendants

------------------------------------------------------------

1:06-MS-00161 RMC

### [PROPOSED] ORDER

Upon consideration of movant Castellano Malm Ferrario & Buck PLLC's

("Castellano Malm") Motion to Quash Subpoena Duces Tecum, and plaintiffs Synthes (USA)'s

and Synthes Spine Company, Inc.'s ("Synthes") response thereto, and plaintiff Synthes's Cross-

Motion to Compel, and Castellano Malm's response thereto, it is hereby ORDERED as follows:

1. The motion to quash is denied.

2. The cross-motion to compel is granted.

3. Castellano Malm shall comply with Synthes's subpoena within 10 days of the date of this Order, subject to the limitations outlined in Synthes's emails of April 20, May 2, and May 10, 2006, attached as Exhibit C to Synthes's Memorandum of Law Opposing Castellano Malm's Motion to Quash and Supporting Synthes's Cross-Motion to Compel.

4. If Castellano Malm withholds any document as privileged, it shall provide a privilege log stating who authored and received the document, when it was transmitted (or, if it was not transmitted, when it was created), and a description of the document sufficient to enable Synthes to contest the privilege claim, including the number of any patent application to which the idea, invention, or innovation relates.

1

By the Court:

Dated: _____

_____
Rosemary M. Collyer
United States District Judge

12359227.10