UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Synthes (U.S.A.) and Synthes Spine
Company, L.P.

        Plaintiffs,

vs.

Globus Medical, Inc., Richard A. Kienzle,
and David C. Paul

        Defendants.

1:06 MS 00161 RMC

## CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE SYNTHES'S CROSS MOTION TO COMPEL

Nonparty, Castellano Malm Ferrario & Buck, PLLC ("CMFB"), hereby moves this Court to extend the time in which it may opppose Plaintiffs', Synthes (U.S.A.) and Synthes Spine Company, L.P. (collectively, "Synthes"), Cross Motion to Compel to at least June 6, 2006. Counsel for Plaintiff consents to this motion for an extension of time.

On March 24, 2006, CMFB accepted service of a Subpoena requesting the production of documents from Synthes. After negotiations concerning the scope of the subpoena failed, CMFB filed a Motion to Quash the subpoena on April 24, 2006. On May 15, 2006, Synthes filed its opposition to CMFB's Motion to Quash and a Cross Motion to Compel.

As additional negotiations have failed, CMFB requests an extension of time to oppose Synthes Cross Motion to Compel.

RECEIVED

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

An extension of time for CMFB to file an Opposition to Synthes's Cross Motion to Compel to June 6, 2006 is reasonable and appropriate under the circumstances.

WHEREFORE, CMFB respectfully requests that the Court grant this consent motion.

Dated: May 30, 2006

CASTELLANO MALM FERRARIO & BUCK PLLC

By: _____
Matias Ferrario, Esq.
D.C. Bar No. 472883
mferrario@cmfblaw.com

Kristina Castellano, Esq.
D.C. Bar. No. 465664
kcastellano@cmfblaw.com

CASTELLANO MALM FERRARIO & BUCK PLLC
2121 K St. N.W., Suite 800
Washington, D.C. 20037
phone: (202) 478-5300
fax:    (202) 318-1288

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Consent Motion to Extend Time to Oppose Synthes's Cross Motion was served by electronic and U.S. mail on May 30, 2006 to:

Robert W. Ashbrook Jr.
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

**COUNSEL FOR SYNTHES (U.S.A.) AND SYNTHES SPINE COMPANY, L.P.**

John P. McShea
MCSHEA \ TECCEE PC
1717 Arch Street
Philadelphia, PA 19103

**COUNSEL FOR GLOBUS MEDICAL, INC., RICHARD A. KIENZLE, AND DAVID C. PAUL**

_____
Matias Ferrario, Esq.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Synthes (U.S.A.) and Synthes Spine Company, L.P.<br><br>Plaintiffs,<br><br>vs.<br><br>Globus Medical, Inc., Richard A. Kienzle, and David C. Paul<br><br>Defendants. | 1:06 MS 00161 RMC |

### [PROPOSED] ORDER

This matter came before the Court on Castellano Malm Ferrario & Buck, PLLC's Consent Motion to Extend Time in which Castellano Malm Ferrario & Buck, PLLC May Oppose Synthes Cross Motion to Compel, and the Court, having considered the Motion, hereby ORDERS that:

1. The Consent Motion for Extension of Time is GRANTED; and

2. CMFB's Opposition is due June 6, 2006.

IT IS SO ORDERED.

_____          _____
Date                                                              United States District Judge