# Exhibit A



**McShea\Tecce**
Counselors at Law

June 5, 2006

*Via Hand Delivery*

Diane Siegel Danoff, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2857

    RE:    *Synthes (U.S.A.), et al. v. Globus Medical, Inc., et al.*
             **Civil Action No. 04-CV-1235**

Dear Diane:

      We are enclosing Globus' pending patent files (Bates-stamped GLO-30389 to GLO-34926), which supplement Globus' responses to Synthes' documents requests. Most of these pending patent applications were filed after the Court's November 4, 2005 Order denying appointment of a special master and clarifying Synthes' document requests, as well as after the dates of Globus' previous responses to Synthes' document requests. These documents are designated **"Confidential – For Attorneys Eyes Only"** pursuant to the Confidentiality Agreement and Order.

      The pending patent files include correspondence with the United States Patent and Trademark Office, prosecution histories, and non-privileged communications between Globus and its patent counsel. We are in the process of completing a log of privileged documents that have not been produced, which we will provide to you. The pending patent files include the following:

- 0218.002.JP03 (Spine Stabilization System)
- 0218.002.KR03 (Spine Stabilization System)

These pending patents are duplicates of patent application 0218.002.0003, which we previously produced to Synthes.

- 0218.003.0001 (Posterior Prosthetic Spinal Disc)
- 0128.003.0003 (Prosthetic Spinal Disc Replacement)

These pending patents are earlier versions of patent application 0218.003.0004, which is published.

McShea Tecce P.C.
Bell Atlantic Tower, 28th Floor
1717 Arch Street
Philadelphia PA 19103
215.599.0800 tel   215.599.0888 fax

McShea\Tecce

<em>Diane Siegel Danoff, Esquire<br>
June 5, 2006<br>
Page 2</em>

- 0218.003.0005 (Transforaminal Prosthetic Spinal Disc Replacement)
- 0218.003.0006 (Posterior Prosthetic Spinal Disc Replacement and Methods Thereof)
- 0218.000.0007 (Transforaminal Prosthetic Spinal Disc Replacement and Methods Thereof)

These pending patents were not previously produced to Synthes because they were filed on or after December 28, 2005.

- 0218.003.EP03 (Prosthetic Spinal Disc Replacement)
- 0128.003.JP03 (Prosthetic Spinal Disc Replacement)

These pending patents are duplicates of patents that are published.

- 0218.005.0004 (Polyaxial Screw)

This pending patent was not previously produced to Synthes because it was not filed until December 7, 2005. However, Globus did produce to Synthes an earlier version of this patent (0218.005.0002).

- 0218.023.0002 (Expandable Vertebral Prosthesis)

This pending patent already has been produced to Synthes.

- 0218.023.WO02 (Expandable Vertebral Prosthesis)

This pending patent is a duplicate of 0218.023.0002, which Globus already produced to Synthes. Further, this application was not filed until April 2006.

- 0218.025.0002 (Percutaneous Vertebral Stabilization System)

This pending patent was inadvertently omitted from Globus' previous production of patent applications to Synthes.

- 0218.025.0001 (Percutaneous Vertebral Stabilization System)
- 0218.025.WO02 (Percutaneous Vertebral Stabilization System)

These pending patents are earlier versions or duplicates of pending application 0218.025.0002.

- 0218.026.0002 (Spinous Process Spacer)

This pending patent was not filed until March 2006.

- 0218.026.0001 (Spinous Process Spacer)

This pending patent is an earlier version of 0218.026.0002.

- 0218.030.0001 (Facet Joint Prosthesis)

This pending patent was inadvertently omitted from Globus' previous production of patent applications to Synthes due to the proximity of its file date, December 6, 2006, with the date of

McShea\Tecce

*Diane Siegel Danoff, Esquire*
*June 5, 2006*
*Page 3*

Globus' search for documents responsive to Synthes' requests.

- 0218.032.0002 (Bone Graft Materials Derived from Mineralized Gelatin)
This pending patent was not filed until February 2006.

These files constitute the entirety of Globus' presently pending patents. Please call me if you have any questions.

Sincerely,

John P. McShea

JPM/md