# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNTHES (U.S.A.) and SYNTHES SPINE COMPANY, L.P., | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| GLOBUS MEDICAL, INC., DAVID C. PAUL, and RICHARD A. KIENZLE, | : | NO. 04-CV-1235 |
| | : | |
| Defendants | : | |
| | : | |

## ORDER

    **AND NOW**, this     day of November, 2005, it is hereby **ORDERED** that paragraph (2) of the Court's Order dated September 30, 2005 is amended as follows:

    (2) the motion is **DENIED** as to Synthes' Document Requests to Globus Nos. 2, 6, 8, 12-15, 18, 25, 26, 30, 34, 35 and 37.

 

                                                            _____

                                                            Stengel, J.