# Exhibit D

NYJD: 1579970.1

JONES DAY DOCKET NO. 8932-1125-999

Express Mail No. EV452775458US

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Prior application:        Examiner  Pellegrino, Brian E.

Art Unit  3738

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

This is a request for filing a ☒ continuation ☐ divisional application under 37 CFR § 1.53(b), of pending prior application no. 09/497,123 filed on February 3, 2000.

of    Messerli et al.
_____
(inventor(s) currently of record in prior application)

for    END MEMBER FOR A BONE FUSION IMPLANT
_____
(title of invention)

1.    ☒    The filing fee is calculated below:

## PATENT APPLICATION FEE VALUE

| TYPE | NO. FILED | LESS | EXTRA | RATE | FEE |
|------|-----------|------|-------|------|-----|
| Total Claims | 23 | - 20 | 3 | $50.00 each | $  150.00 |
| Independent | 3 | - 3 | 0 | $200.00 each | $  0.00 |
| Total Number of Pages w/ drawings (excluding electronically filed sequence or computer code listing) | 6 | -100 | 0 | $250.00 for each 50 pages over 100 | $  0.00 |
| | | | | Basic Filing Fee | $  300.00 |
| | | | | Examination Fee ($200.00) | $  200.00 |
| | | | | Search Fee ($500.00) | $  500.00 |
| | | | | Multiple Dependency Fee If Applicable ($360.00) | $  0.00 |
| | | | | **Total** | $  1150.00 |
| Applicant qualifies for the 50% Reduction for Independent Inventor, Nonprofit Organization or Small Business Concern. | | | | | $  0.00 |
| Applicant qualifies for an additional $75.00 reduction in Basic Filing Fee for Independent Inventor, Nonprofit Organization or Small Business Concern Filing Electronically. | | | | | 0.00 |
| | | | | **Total Filing Fee** | $  1150.00 |

2.    ☒    The above calculation is an estimate of the fees due.  Please charge the required fees to Jones Day Deposit Account No. 50-3013.  A copy of this sheet is enclosed.

3a.    ☐    A Preliminary Amendment is enclosed.

3b.    ☐

A new specification, substantially identical to the pending prior application and containing no

NYJD: 1579970.1

new matter, is enclosed.

| 4a. | ☒ | New formal drawings are enclosed. |
| 4b. | ☐ | Informal drawings are enclosed. |
| 5a. | ☒ | Priority of application no. 60/118,806 filed on February 4, 1999 in  is claimed under 35 U.S.C. §119. |
| 5b. | ☐ | The certified copy has been filed in prior application no.  , filed  . |
| 6. | ☒ | The prior application is assigned of record to Synthes (USA), at Reel 10597, Frame 0246. |
| 7a. | ☐ | A copy of the Power of Attorney filed in the prior application no.  , filed  is enclosed. |
| 7b. | ☐ | An original Power of Attorney is enclosed. |
| 8a. | ☐ | An original Declaration or Oath (37 CFR § 1.63) is enclosed. |
| 8b. | ☒ | A copy of the Declaration or Oath (37 CFR § 1.63(d)) in prior application no. 09/497,123, filed February 3, 2000 is enclosed. |
| 9. | ☐ | This application contains nucleic acid and/or amino acid sequences required to be disclosed in a Sequence Listing under 37 CFR §§1.821-1.825.  It is requested that the Sequence Listing in computer readable form from prior application no.  , filed on  be made a part of the present application as provided for by 37 C.F.R. §1.821(e).  The sequences disclosed therein are the same as the sequences disclosed in this application.  A copy of the paper Sequence Listing from application no.  is enclosed. |
| 10. | ☐ | The undersigned states, under 37 C.F.R. §1.821(f), that the content of the enclosed paper Sequence Listing from application no.  is the same as the content of the computer readable form submitted in application no.  . |
| 11. | ☐ | DO NOT PUBLISH.  I hereby certify that the invention disclosed in the attached application has not and will not be the subject of an application filed in another country, or under a multilateral agreement, that requires publication at eighteen months after filing.  I hereby request that the attached application not be published under 35 U.S.C. 122(b). |
| 12. | ☐ | Additional enclosures or instruction |

Respectfully submitted,

Date June 8, 2005                                                                                    54,390

Brent P. Ray                                                                                      (Reg. No.)
JONES DAY
222 East 41st Street
New York, New York 10017

- 2 -

Please type a plus (+) inside this box    ☐ +

PTO/SB/05 (03-01)
Approved for use through 10/31/2002. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **UTILITY PATENT APPLICATION TRANSMITTAL** *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Attorney Docket No. | 8932-1125-999 | Total Pages | 25 |
|---|---|---|---|---|
| | First Named Inventor or Application Identifier | | | |
| | Messerli et al. | | | |
| | Express Mail Label No. | EV452775458US | | |

| **APPLICATION ELEMENTS** *See MPEP chapters 600 concerning utility patent application contents.* | Address to: | **Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450** |
|---|---|---|

1. ☒ Fee Transmittal Form *(Submit an original, and a duplicate for fee processing)*

2. ☐ Applicant claims Small Entity status, see 37 C.F.R. § 1.27

3. ☒ Specification                                    [Total Pages 12 ]

   *(preferred arrangement set forth below, MPEP 1503.01)*
   - Descriptive title of the Invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R&D
   - Reference to Microfiche Appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings (if filed)
   - Detailed Description of the Invention (including drawings, if filed)
   - Claim(s)
   - Abstract of the Disclosure

4. ☒ Drawing(s) *(35 USC 113)*                        [Total Sheets 6 ]

5. ☒ Oath or Declaration                              [Total Sheets 2 ]

   a. ☐ Newly executed (original or copy)

   b. ☒ Copy from a prior application (37 CFR 1.63(d)) *(for continuation/divisional with Box 18 completed)*
      i. ☐ DELETION OF INVENTOR(S) Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).

6. ☐ Application Data Sheet. See 37 CFR 1.76

7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)

8. ☐ Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)*
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ paper
   c. ☐ Statement verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

9. ☐ Assignment Papers (cover sheet & document(s))

10. ☐ 37 CFR 3.73(b) Statement *(when there is an assignee)*    ☐ Power of Attorney

11. ☐ English Translation Document (if applicable)

12. ☐ Information Disclosure Statement (IDS)/PTO-1449    ☐ Copies of IDS Citations

13. ☐ Preliminary Amendment

14. ☒ Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)*

15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

16. ☐ Nonpublication Request under 35 U.S.C. 122 (b)(2)(i). Applicant must attach form PTO/SB/35 or it's equivalent

17. ☐ Other:

**18.** If a CONTINUING APPLICATION, check appropriate box and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:

☒ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application No.: 09/497,123 filed February 3, 2000.

Prior application information:   Examiner: Pellegrino, Brian E.        Group Art Unit: 3738

For CONTINUATION OR DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

### 19. CORRESPONDENCE ADDRESS

| ☒ Customer Number | 20583 *Insert Customer No.* | or ☐ Correspondence address below |
|---|---|---|

| NAME | |
|---|---|
| ADDRESS | |

| CITY | | STATE | | ZIP CODE | |
|---|---|---|---|---|---|
| COUNTRY | | TELEPHONE | | FAX | |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

NYJD: 1579975.1

Atty. Docket No.: 8932-1125-999

# END MEMBER FOR A BONE FUSION IMPLANT

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]    This application is a continuation application of U.S. Patent Application Serial no. 09/497,123 filed February 3, 2000, from which priority of Provisional Application no. 60/118,806 filed on February 4, 1999 is claimed under 35 U.S.C. § 119(e), both of which are incorporated by reference herein in their entirety.

## FIELD OF THE INVENTION

[0002]    The present invention relates to a device for bone fusion, and in particular to an end member for a bone fusion implant.

## BACKGROUND OF THE INVENTION

[0003]    The treatment and management of bone defects remains one of the most challenging aspects of orthopaedics.  Bone defects occur in a wide variety of clinical situations.  Restoring natural anatomical length and shape of any long bone with a bone defect is problematic.  Additionally, whenever a vertebra has to be removed, it is necessary to insert a vertebral spacer to restore the natural length and curvature of the spine as well as to promote bone fusion.  Restoring spinal anatomy and stability and promoting bone fusion are even more difficult in a corpectomy, a surgical procedure in which a section of one or several vertebrae is removed.

[0004]    Many different implants have been developed for use with bone defects.  So-called "mesh implants" have shown to be particularly effective.  One such implant is the SynMesh™ available from Synthes (USA) of Paoli, Pennsylvania.  The SynMesh™ is a titanium mesh cylinder which is provided with a plurality of uniformly-spaced apertures of uniform size distributed on its surface.  In order to address the different clinical situations in which bone defects arise, the SynMesh™ is available in a variety of lengths and diameters.  Commercially available allografts for treating bone defects have recently become available.

[0005]    Although the clinical results of mesh and allograft implants have generally been positive, one possible clinical complication is subsidence of the implant. Excessive sinking of the ends of the implant into the bone with which they contact is especially troublesome whenever the bone is extremely porous.  From both a mechanical and physiological point-of-view, it would also be advantageous to increase the surface contact area between the implant and bone.  U.S. Patent No. 5,702,451 to Biedermann et al. discloses end rings that attempt to address these concerns. However, the end rings disclosed have no provisions for holding, insertion, and distraction instruments.  Thus, implantation can be difficult.  Furthermore, there can be

- 1 -

NYJD: 1579583.1

excessive movement between the bone and the disclosed end rings after implantation. This may delay, and perhaps prevent bone fusion.

[0006]    As the discussion above illustrates, there is a need for an improved end member for use with a bone fusion implant.

### SUMMARY OF THE INVENTION

[0007]    The present invention relates to an end member for use with a bone fusion implant for fusing portions of bone. The end member has a first portion, a second portion sized to be inserted into the bore of the implant, and a shoulder between the first and second portions. When the second portion is inserted into the bore, the shoulder rests on an edge of the implant. The top surface of the first portion conforms in size and shape with the bone and has a channel or multiple channels for receiving a surgical instrument. When multiple channels are present, all the channels can run in the same direction, (*e.g.* the channels run in the anterolateral direction), or the channels can run in different directions, (*e.g.* a first channel runs in the anterior-posterior direction and a second channel runs in the lateral direction).

[0008]    If the implant is made of metal, the end member is made of the same material in order to resist corrosion. The end member may also be made of allograft bone. The end member may have a wedge-shaped or spherical profile to restore the natural curvature of bone or to correct for a non-orthogonal osteotomy. One way to create the wedge-shaped profile is to have the first end of the first portion to be thicker than the second end.

[0009]    The top surface can be made in any suitable cross-sectional shape, such as oval, oblong, or round, and may be annular or solid. The top surface can be a flat planar surface or can have a curvature that mimics the topography of the bone. The top surface may be provided with teeth or textured for interlocking with the bone. The teeth may have a pyramid or saw tooth shape.

[0010]    In order to secure the end member to the implant, the second portion may have a hole for receiving a fastener. Alternatively, the exterior surface of the second portion may have protuberances that are sized to fit within the apertures of the implant. In an exemplary embodiment, the second portion comprises a plurality of tabs to secure the end member to the implant. These tabs may be resilient so that the tabs flex inward upon insertion of the second portion into the implant and flex back outward to create a friction fit that secures the end member to the implant. In another embodiment, the end member includes a projection hinged or pivotably connected to the first portion, a threaded bore in the second portion, and a set screw insertable into the threaded bore. Threading the set screw into the bore causes outward movement of the projection to thereby secure the end member to the implant.

- 2 -

[0011]     In an alternative embodiment, an end member according to the present invention includes a top surface conforming in size and shape with the bone and a sleeve extending from the top surface and configured and dimensioned to receive an end of the implant. The end member further comprises first and second portions pivotable between and open position to facilitate receiving the end of the implant by the sleeve and a closed position to secure the end member to the implant. A locking element fixes the end member in the closed position.

[0012]     In another alternative embodiment, the end member includes an outer ring having a prong with a ramped surface and an inner ring rotatable with respect to the outer ring. The inner ring has a protrusion which contacts the ramped surface of the prong upon rotation to thereby urge the prong radially outward.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0013]     Preferred features of the present invention are disclosed in the accompanying drawings, wherein similar reference characters denote similar elements throughout the several views, and wherein:

[0014]     FIG. 1 shows a perspective view of a first embodiment of an end member according to present invention;

[0015]     FIG. 2 shows a side view of the end member of FIG. 1 inserted into a cylindrical mesh implant;

[0016]     FIG. 3 shows a perspective view of an end member having an oblong shape;

[0017]     FIG. 4a shows a perspective view of an end member having an oblong shape and teeth for improving implant stability;

[0018]     FIG. 4b shows a perspective view of an end member having first and second slots for facilitating use with implantation instrumentation;

[0019]     FIG. 4c shows a perspective view of another embodiment of an end member having first and second slots;

[0020]     FIG. 5 shows a side view of an end member having a wedge-shape profile;

[0021]     FIG. 6 shows a perspective view of an end member having protuberances for fixation to the implant;

[0022]     FIG. 7 shows a perspective view of a non-annular end member;

[0023]     FIG. 8 shows a perspective view of the bottom of an end member according to the present invention;

[0024]     FIG. 9 shows a perspective view of the bottom of an end member according to the present invention;

[0025]     FIG. 10 shows a top view of another embodiment of the end member according to the present invention;

[0026]     FIG. 11 shows a cross-sectional view of the end member of FIG. 10;

- 3 -

[0027]    FIG. 12 shows a top view of another embodiment of the end member according to the present invention;

[0028]    FIG. 13 shows the end member of FIG. 12 secured to a cylindrical mesh implant; and

[0029]    FIG. 14 shows a cross-sectional view of another embodiment of the end member according to the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0030]    FIG. 1 shows a first embodiment of an end member 10 according to the present invention. End member 10 has a first portion 12 and a second portion 14. As first portion 12 is larger than second portion 14, a shoulder 16 is formed at the intersection between first and second portions 12, 14. A top surface 18 of first portion 12 is provided with a first slot 20 for accommodating surgical instrumentation such as holding, insertion, and/or distraction instruments. Top surface 18 is shown in FIG. 1 with a round shape. However, as will be evident from the other embodiments, top surface 18 can have any suitable shape. Preferably, top surface 18 has a shape that matches the shape of the bone it will contact.

[0031]    Second portion 14 is also shown having a round shape. As was the case for top surface 18, second portion 14 can have any suitable shape. Preferably, the shape of second portion 14 matches the shape of the bone fusion implant used with the end member. As best seen in FIG. 2, second portion 14 is sized and shaped to be inserted into the inner bore of a bone fusion implant 22 so that shoulder 16 rests on bone fusion implant 22. Bone fusion implant 22 can be a number of different implant types, including, for example, a mesh implant, an allograft implant, or any metallic or non-metallic implant. If implant 22 is made of a metallic material, end member 10 is preferably made of the same metallic material or a non-metallic material to avoid mixed-metal (galvanic) corrosion. End member 10 can also be made of allograft bone from cancellous bone, cortical bone, a combination of cancellous and cortical bone, or a composite of cancellous and cortical bone. After implantation of end member 10 and bone fusion implant 22, physiological compressive forces will tend to hold end member 10 in place against bone fusion implant 22. However, to provide further stability as well as to facilitate pre-operative and intra-operative handling, second portion 14 can be secured to bone fusion implant 22. For example, second portion 14 can be press-fit or snap-fit into bone fusion implant 22. Additionally, because bone fusion implant 22 is typically deformable, bone fusion implant 22 can be crimped to end member 10. Second portion 14 can also be provided with a hole 24 for receiving a fastener such as a pin or a screw. End member 10 is inserted into bone fusion implant 22 so that hole 24 aligns with one of apertures 26 on bone fusion implant 22. Hole 24 can extend either

- 4 -

partially or completely through second portion 14 and can be threaded. As shown in FIG. 6, second portion 14 can alternatively have protuberances 28 that are sized to fit in apertures 26 for mechanically securing the end member to the bone fusion implant. Other exemplary mechanisms for securing the end member to the bone fusion implant are described in more detail below

[0032]    Referring back to FIGS. 1 and 2, the surface area of top surface 18 is greater than the surface area of the top and bottom surfaces of bone fusion implant 22. Because of this greater surface area, there is more contact area between top surface 18 and the surrounding bone than there would be for the top and bottom surfaces of implant 22. The increase in contact area helps to resist subsidence of implant 22. The increased contact area has other benefits such as greater load sharing between end member 10 and the surrounding bone. Top surface 18 is shown as a ring with an annular space 30. New bone can form in annular space 30 to promote fusion. Annular space can be filled with bone chips or any other osteoinductive or osteoconductive material to promote the formation of bone. Alternatively, as shown in FIG. 7, top surface 18 can be a solid surface to maximize contact area between top surface 18 and the surrounding bone. A solid top surface 18 would be desirable in clinical situations in which subsidence is especially a concern.

[0033]    FIG. 3 shows a second embodiment of an end member 110 according to the present invention. In general, most of the structure of end member 110 (as well as the embodiments described below) is like or comparable to the structure of end member 10 and, accordingly the same reference numeral is used for like components and discussion of those like components is not believed necessary. End member 110 has an oval or oblong shape and would be used in situations in which the surrounding bone (and consequently the bone fusion implant) is substantially oval or oblong. When the end member has a non-symmetrical shape like end member 110, first slot 20 can be provided in any orientation. For example, first slot 20 is shown running along the long axis of end member 110, but could run in any direction to be oriented differently with respect to the surrounding bone. The variability in the placement of first slot 20 means that first slot 20 can be positioned as best suited for the particular surgical approach that is being used. Specifically, if end member 110 is being implanted with the short axis in the anterior/posterior direction, then first slot 20 is ideal for a lateral surgical approach. If an anterior or posterior approach is anticipated, then first slot 20 should run in the anterior-posterior direction.

[0034]    FIG. 4a shows an end member 210 with first slot 20 running at an angle with respect to the long axis of end member 210. This direction of first slot 20 is preferred for an anterolateral surgical approach, which can be used in spinal surgery. FIG. 4b shows an end member 212 that includes first and second slots 20, 21, both running at an angle

- 5 -

with respect to the long axis of end member 212. Preferably, first and second slots 20, 21 are symmetrically placed with respect to the long axis of end member 212. Providing end member 212 with both first and second slots 20, 21 allows at least one of first and second slots 20, 21 to be accessed during implantation regardless of whether the left or right side is used for the anterolateral surgical approach. Furthermore, the arrangement of slots 20, 21 allows one end member to be used on each end of bone fusion implant and still have the slots on the top end member align with slots on the bottom end member. FIG. 4c shows an end member 214 that also includes first and second slots 20, 21. First slot 20 runs parallel to the long axis of end member 214 and second slot 21 runs transverse to the long axis of end member 214. Including both first and second slots 20, 21 on end member 214 provides access to at least one of first and second slots 20, 21 regardless of the implantation orientation of end member 214 or the surgical approach.

[0035]    For each of the end members shown in FIGS. 4a, 4b, and 4c, top surface 18 has a plurality of teeth 32 which provides a mechanical interlock between the end member and the surrounding bone. Teeth 32 provide the mechanical interlock by penetrating the bone. The initial mechanical stability afforded by teeth 32 minimizes the risk of post-operative pullout or expulsion of the end member. Teeth 32 can have any suitable configuration such as pyramid-shaped, saw-tooth shaped, etc. Alternatively, top surface 18 can be textured to provide the mechanical interlock between the end member and the surrounding bone.

[0036]    As seen in FIG. 5, an end member 310 has a wedge profile. A wedge profile would be useful in spinal applications in order to restore the natural curvature of the spine or any bone. A wedge profile would also be useful to compensate for a non-perpendicular osteotomy cut dictated by the pathology, clinical situation, or erroneously made to remove bone. It should be noted that as an end member would ordinarily be used on each end of bone fusion implant, end members having different wedge profiles can be used together. One way to achieve this wedge shape results from a gradual decrease in thickness in first portion 12 from a first end 34 to a second end 36 so that top surface 18 has a slope defined by angle α. In FIG. 5, top surface 18 is shown as a flat planar surface. However, top surface 18 can be a curved surface and still retain the wedge-shaped profile. As the curve can be made to be a mirror-image of the topography of the vertebral end plates, a curved top surface 18 would conform to the contours of the vertebral end plates.

[0037]    As previously discussed, FIG. 6 shows an end member 410 that is provided with protuberances 28 sized to fit in apertures 26 of bone fusion implant 22 (FIG. 2). FIG. 7, which has also been discussed, shows an end member 510 having a solid top surface 18 that is preferably used when there is a higher incidence of subsidence.

- 6 -

[0038]    FIG. 8 shows an end member 610 that has a second portion 14 that includes a plurality of tabs 40 for securing end member 610 to bone fusion implant 22. In one embodiment, tabs 40 are resilient so that as second portion 14 of end member 610 is pushed into bone fusion implant, tabs 40 flex inward and then back outward to secure end member 610 to bone fusion implant 22. As bone fusion implant 22 has some elasticity which would allow it to flex outward to accept tabs 40, tabs 40 need not be resilient. The number, size, and arrangement of tabs 40 can be varied. FIG. 9 shows an end member 710 that is similar to end member 610 except for the overall change in shape (from round to oval or oblong).

[0039]    FIGS. 10 and 11 show an end member 810 that has another mechanism for securing end member 810 to bone fusion implant 22. Specifically, end member 810 is a cap that sits on top of implant 22. End member 810 includes a top surface 812 conforming in size and shape with the bone and a sleeve 814 extending from top surface 812. Sleeve 814 is configured and dimensioned to receive a portion of implant 22. In order to facilitate insertion and removal of end member 810 from implant 22, end member 810 is preferably made in two portions 816, 818. In an exemplary embodiment, portions 816, 818 are pivotably connected at a pivot 820 so that portions 816, 818 can be separated, *i.e.* end member 810 opens. End member 810 also includes a locking mechanism for keeping the two portions 816, 818 in contact. In one embodiment, this locking mechanism comprises a first serrated edge 822 that cooperates with a second serrated edge 824.

[0040]    FIGS. 12 and 13 show an end member 910 that includes inner and outer rings 912, 914. Inner ring 912 can be rotated relative to outer ring 914. Inner ring 912 has means for receiving a tool to rotate inner ring 912 (shown as holes 916 that accept prongs of the tool). Inner ring 912 also has a pair of protrusions 918 that cooperate with flexible prongs 920 located on outer ring 914. As inner ring 912 is rotated, protrusions 918 contact prongs 920 and force prongs 920 out in a radial direction. When end member 910 is fitted in implant 22, the outward radial movement of prongs 920 causes prongs 920 to press against implant 22 to secure end member 910 to implant 22.

[0041]    FIG. 14 shows an end member 950 in which second portion 14 includes at least one projection 952. Projection 952 is pivotably connected to second portion 14 at junction 953 so that as a set screw 954 is screwed into threaded bore 956, set screw 954 causes outward movement of projection 952. This outward movement secures end member 950 to implant 22. Junction 953 preferably has a reduced cross section compared to the rest of projection 952 so that the flexing caused by set screw 954 occurs in junction 953.

[0042]    While various descriptions of the present invention are described above, it should be understood that the various features can be used singly or in any combination

- 7 -

NYJD: 1579583.1

thereof. Therefore, this invention is not to be limited to only the specifically preferred embodiments depicted herein.

[0043]    Further, it should be understood that variations and modifications within the spirit and scope of the invention may occur to those skilled in the art to which the invention pertains. Accordingly, all expedient modifications readily attainable by one versed in the art from the disclosure set forth herein that are within the scope and spirit of the present invention are to be included as further embodiments of the present invention. The scope of the present invention is accordingly defined as set forth in the appended claims.

NYJD: 1579583.1

## IN THE CLAIMS

1.    An end member for use with an implant for fusing bone comprising:

a first portion having a first top surface having a plurality of teeth and a first channel;

wherein at least a portion of the plurality of teeth have a base located at the first top surface;

wherein the first channel is at least partially located at a depressed location relative to at least a portion of the first top surface;

a second portion configured and dimensioned to be inserted into a bore of the implant; and

a shoulder joining the first and second portions and sized to rest on an edge of the implant when the second portion is inserted in the bore of the implant.

2.    The end member of claim 1, wherein the first portion further comprises a second channel.

3.    The end member of claim 2, wherein the first channel and the second channel are substantially perpendicular to each other.

4.    The end member of claim 1, wherein the first portion has a substantially wedge-shaped profile.

5.    The end member of claim 1, wherein the first portion further comprises a second top surface, and wherein the first top surface and the second top surface are at least partially separated by the first channel.

6.    The end member of claim 1 wherein the first portion is substantially circular.

7.    The end member of claim 1, wherein the first portion is substantially oval-shaped.

8.    An end member for use with an implant for fusing bone comprising:

a first portion having a first top surface adapted and configured to engage a bone surface, an outer perimeter edge, an inner perimeter edge defining a central opening, and at least a first channel;

wherein the first channel extends from a first point on the outer perimeter edge to a second point on the outer perimeter edge such that the first channel divides the first portion into two substantially identical portions;

- 9 -

NYJD: 1579583.1

wherein the width of the first channel at the first point on the outer perimeter edge is substantially equal to the width at the second point on the outer perimeter edge;

a second portion configured and dimensioned to be inserted into a bore of the implant; and

a shoulder joining the first and second portions and sized to rest on an edge of the implant when the second portion is inserted in the bore of the implant.

9.    The end member of claim 8, wherein the first top surface comprises a plurality of teeth.

10.    The end member of claim 8, wherein the first portion further comprises a second channel.

11.    The end member of claim 10, wherein the first channel and the second channel are substantially perpendicular to each other.

12.    The end member of claim 8, wherein the first portion has a substantially wedge-shaped profile.

13.    The end member of claim 8, wherein the first portion further comprises a second top surface, and wherein the first top surface and the second top surface are at least partially separated by the first channel.

14.    The end member of claim 8, wherein the first portion is substantially circular.

15.    The end member of claim 8, wherein the first portion is substantially oval-shaped.

16.    An end member for use with an implant for fusing bone comprising:

a first portion having a first top surface adapted and configured to engage a bone surface, a continuous outer perimeter edge, a continuous inner perimeter edge defining a central opening, and a first channel extending from a first point on the outer perimeter edge to a second point on the outer perimeter edge;

a second portion configured and dimensioned to be inserted into a bore of the implant; and

a shoulder joining the first and second portions and sized to rest on an edge of the implant when the second portion is inserted in the bore of the implant.

- 10 -

NYJD: 1579583.1

17.    The end member of claim 16, wherein the first portion further comprises a second channel.

18.    The end member of claim 17, wherein the first channel and the second channel are substantially perpendicular to each other.

19.    The end member of claim 16, wherein the first portion has a substantially wedge-shaped profile.

20.    The end member of claim 16, wherein the first portion further comprises a second top surface, and wherein the first top surface and the second top surface are at least partially separated by the first channel.

21.    The end member of claim 16, wherein the first portion is substantially circular.

22.    The end member of claim 16, wherein the first portion is substantially oval-shaped.

23.    The end member of claim 16, wherein the first top surface comprises a plurality of teeth.

NYJD: 1579583.1

Atty. Docket No.: 8932-1125-999

## **ABSTRACT**

An end member for use with a bone fusion implant is disclosed. The end member has a first portion, a second portion, and a shoulder connecting the two portions. The second portion is sized to fit within the interior of the bone fusion implant in such a fashion that the shoulder rests on the edge of the implant. The top surface of the first portion has at least one slot to receive a surgical instrument such as an inserter and/or distractor to facilitate implantation of the end member and bone fusion implant. The top surface may also have teeth to provide initial mechanical stability between the bone and end plate and promote bone fusion.



**Fig.1**



**Fig.2**



**Fig.3**



**Fig.4a**



**Fig.4b**

**Fig.4c**



**Fig.8**

**Fig.9**



**Fig.5**



**Fig.6**



**Fig.7**



**Fig.14**



**Fig.10**

**Fig.11**



**Fig.12**

**Fig.13**

 

PENNIE & EDMONDS LLP DOCKET NO. 8932-114

## DECLARATION
## AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below at 201 et seq. underneath my name.

I believe I am the original, first and sole inventor if only one name is listed at 201 below, or an original, first and joint inventor if plural names are listed at 201 et seq. below, of the subject matter which is claimed and for which a patent is sought on the invention entitled

### END MEMBER FOR BONE FUSION IMPLANT

and for which a patent application:

☒ is attached hereto

I hereby state that I have reviewed and understand the contents of the above identified application, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| EARLIEST FOREIGN APPLICATION(S), IF ANY, FILED PRIOR TO THE FILING DATE OF THE APPLICATION | | | |
|---|---|---|---|
| APPLICATION NUMBER | COUNTRY | DATE OF FILING (day, month, year) | PRIORITY CLAIMED |
| | | | YES ☐    NO ☐ |
| | | | YES ☐    NO ☐ |

I hereby claim the benefit under Title 35, United States Code, §119(e) of any United States provisional application(s) listed below.

| APPLICATION NUMBER | FILING DATE |
|---|---|
| 60/118,806 | February 4, 1999 |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code §112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, §1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| APPLICATION SERIAL NO. | FILING DATE | STATUS | | |
|---|---|---|---|---|
| | | PATENTED | PENDING | ABANDONED |
| | | | | |
| | | | | |

POWER OF ATTORNEY: As a named inventor, I hereby appoint S. Leslie Misrock (Reg. No. 18872), Harry C. Jones, III (Reg. No. 20280), Berj A. Terzian (Reg. No. 20060), David Weild, III (Reg. No. 21094), Jonathan A. Marshall (Reg. No. 24614), Barry D. Rein (Reg. No. 22411), Stanton T. Lawrence, III (Reg. No. 25736), Charles E. McKenney (Reg. No. 22795), Philip T. Shannon (Reg. No. 24278), Francis E. Morris (Reg. No. 24615), Charles E. Miller (Reg. No. 24576), Gidon D. Stern (Reg. No. 27469), John J. Lauter, Jr. (Reg. No. 27814), Brian M. Poissant (Reg. No. 28462), Brian D. Coggio (Reg. No. 27624), Rory J. Radding (Reg. No. 28749), Stephen J. Harbulak (Reg. No. 29166), Donald J. Goodell (Reg. No. 19766), James N. Palik (Reg. No. 25510), Thomas E. Friebel (Reg. No. 29258), Laura A. Coruzzi (Reg. No. 30742), Jennifer Gordon (Reg. No. 30753), Allan A. Fanucci (Reg. No. 30256), Geraldine F. Baldwin (Reg. No. 31232), Victor N. Balancia (Reg. No. 31231), Samuel B. Abrams (Reg. No. 30605), Steven I. Wallach (Reg. No. 35402), Marcia H. Sundeen (Reg. No. 30893), Paul J. Zegger (Reg. No. 33821), Edmond R. Bannon (Reg. No. 32110), Bruce J. Barker (Reg. No. 33291), Adriane M. Antler (Reg. No. 32605), Thomas G. Rowan (Reg. No. 34419), James G. Markey (Reg. No. 31636), Thomas D. Kohler (Reg. No. 32797), Scott D. Stimpson (Reg. No. 33607), Gary S. Williams (Reg. No. 31066), William S. Galliani (Reg. No. 33885), Ann L. Gisolfi (Reg. No. 31956), Todd A. Wagner (Reg. No. 35399), Scott B. Familant (Reg. No. 35514), Kelly D. Talcott (Reg. No. 39582), Francis D. Cerrito (Reg. No. 38100), Anthony M. Insogna (Reg. No. 35203), Brian M. Rothery (Reg. No. 35340), Brian D. Siff (Reg. No. 35679), and Alan Tenenbaum (Reg. No. 34939), all of Pennie & Edmonds LLP, whose addresses are 1155 Avenue of the Americas, New York, New York 10036, 1667 K Street N.W., Washington, DC 20006 and 3300 Hillview Avenue, Palo Alto, CA 94304, and each of them, my attorneys, to prosecute this application, and to transact all business in the Patent and Trademark Office connected therewith.

Best Available Copy

DCl - 243491.1

PENNIE & EDMONDS LLP DOCKET NO. 8932-114

| SEND CORRESPONDENCE TO: | PENNIE & EDMONDS LLP<br>1667 K Street, N.W.<br>Washington, D.C. 20006 | | DIRECT TELEPHONE CALLS TO:<br>PENNIE & EDMONDS LLP DOCKETING<br>(202) 496-4721 | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **2 0 1** | FULL NAME OF INVENTOR | LAST NAME<br>MESSERLI | FIRST NAME<br>Dominique | MIDDLE NAME<br>D. |
| | RESIDENCE & CITIZENSHIP | CITY<br>West Chester | STATE OR FOREIGN COUNTRY<br>PA | COUNTRY OF CITIZENSHIP<br>~~USA~~ Switzerland   DM 1/20/00 |
| | POST OFFICE ADDRESS | STREET<br>300 Anglesey Terrace | CITY<br>West Chester | STATE OR COUNTRY<br>PA | ZIP CODE<br>19380 |

| | | | | |
|---|---|---|---|---|
| **2 0 2** | FULL NAME OF INVENTOR | LAST NAME<br>PAUL | FIRST NAME<br>David | MIDDLE NAME<br>C. |
| | RESIDENCE & CITIZENSHIP | CITY<br>~~Drexel Hill~~ PHOENIXVILLE | STATE OR FOREIGN COUNTRY<br>PA | COUNTRY OF CITIZENSHIP<br>~~USA~~ INDIA  Dcp 1/20/00 |
| | POST OFFICE ADDRESS | STREET<br>235 GREENE LANE ~~1313 Valley Road~~ | CITY<br>PHOENIXVILLE ~~Drexel Hill~~ | STATE OR COUNTRY<br>PA | ZIP CODE<br>~~19026~~ 19460 |

| | | | | |
|---|---|---|---|---|
| **2 0 3** | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME |
| | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |

| | | | | |
|---|---|---|---|---|
| **2 0 4** | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME |
| | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |

| | | | | |
|---|---|---|---|---|
| **2 0 5** | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME |
| | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |

| | | | | |
|---|---|---|---|---|
| **2 0 6** | FULL NAME OF INVENTOR | LAST NAME | FIRST NAME | MIDDLE NAME |
| | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| | POST OFFICE ADDRESS | STREET | CITY | STATE OR COUNTRY | ZIP CODE |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| SIGNATURE OF INVENTOR Dominique D. MESSERLI | SIGNATURE OF INVENTOR David C. PAUL |
|---|---|
| DATE  1/20/00 | DATE  1/20/00 |

Best Available Copy

(2)

DC1 - 243491.1

PATENT APPLICATION SERIAL NO. _____


U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET


06/13/2005 STEUMEL1 00000030 503013    11149093

```
01 FC:1011      300.00 DA
02 FC:1111      500.00 DA
03 FC:1311      200.00 DA
04 FC:1202      150.00 DA
```

PTO-1556
  (5/87)

*U.S. Government Printing Office: 2002 — 489-267/69033

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875    Effective December 8, 2004

Application or Docket Number: 11/149093

### APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE ($) | SMALL ENTITY FEE ($) | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 150.00 | N/A | 300.00 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $250 | N/A | $500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $100 | N/A | $200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 23 minus 20 = | 3 | X$ 25 | | X$50 = | 150 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 minus 3 = | 0 | X100 | | X200 | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | +180= | | +360= | |
| | | | TOTAL | | TOTAL | 450 |

OR

\* If the difference in column 1 is less than zero, enter "0" in column 2.

### APPLICATION AS AMENDED – PART II

#### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | SMALL ENTITY ADDITIONAL FEE ($) | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | \* | Minus \*\* | = | X$ 25 = | | X$50 = | |
| Independent (37 CFR 1.16(h)) | \* | Minus \*\*\* | = | X100 = | | X200 = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | +360= | |
| | | | | TOTAL ADD'L FEE | | TOTAL ADD'L FEE | |

OR

#### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | \* | Minus \*\* | = | X$ 25 = | | X$50 = | |
| Independent (37 CFR 1.16(h)) | \* | Minus \*\*\* | = | X100 = | | X200 = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | +360= | |
| | | | | TOTAL ADD'L FEE | | TOTAL ADD'L FEE | |

OR

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*