# Exhibit 1

to Synthes's Reply Memorandum of Law in Support of its Cross-Motion to Compel

Example of Attorney Malm's work for Synthes on patent application no. 09/829,995

12395355.7



**Pennie & Edmonds** LLP
ATTORNEYS-AT-LAW

1667 K STREET, N. W.
WASHINGTON, D.C. 20006 -1605
(202) 496-4400
FACSIMILE: (202) 496-4444

**NEW YORK**
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 -2711
(212) 790-9090
FACSIMILE: (212) 869-8864/9741

**PALO ALTO**
3300 HILLVIEW AVENUE
PALO ALTO, CALIFORNIA 94304 -1203
(650) 493-4935
FACSIMILE (650) 493-5556

WRITER'S DIRECT DIAL:
(202) 496-4552
INTERNET ADDRESS:
MALMB@PENNIE.COM
ADMITTED IN CA ONLY

February 7, 2002

Our Ref.:    8932-353-999

Jessie B. Hill, Esq.
Director, Legal Affairs
Synthes (U.S.A.)
1690 Russell Road
Paoli, PA  19301

Re:    U.S. Patent Application No. 09/829,995
       Filed:  April 11, 2001; By:  S. BRESINA et al.
       For:    STRAIN REGULATING FUSION CAGE
               FOR SPINAL FUSION SURGERY

Dear Jessie:

        We have filed a response to the Office Action dated August 7, 2002 today with
the U.S. Patent & Trademark Office in connection with this matter.  A copy of the papers, as
filed, are enclosed for your records.

**Redacted**

        We will keep you informed of further developments in this  matter.  Please let us
know in the meantime if you have any questions or comments.

                                          Sincerely,

                                          Brian J. Malm

Enclosures

c:    Mr. Christoph Nöetzli (w/ encls.)
      Brian M. Poissant, Esq.
      Brian M. Rothery, Esq.

DC1 - 314662.1

# Exhibit 2

to Synthes's Reply Memorandum of Law in Support of its Cross-Motion to Compel

Example of Attorney Malm's work for Synthes on patent application no. 09/858,251

12395355.7



1667 K STREET, N.W.
WASHINGTON, D.C. 20006 -1605
(202) 496-4400
FACSIMILE: (202) 496-4444

NEW YORK
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 - 2711
(212) 790-9090
FACSIMILE: (212) 869-8864/9741

PALO ALTO
3300 HILLVIEW AVENUE
PALO ALTO, CALIFORNIA 94304 -1203
(650) 493-4935
FACSIMILE (650) 493-5556

WRITER'S DIRECT DIAL:
(202) 496-4552
INTERNET ADDRESS:
MALMB@PENNIE.COM
ADMITTED IN CA ONLY

March 29, 2002

Our Ref.:    8932-410-999

Jessie B. Hill, Esq.
Director, Legal Affairs
Synthes (U.S.A.)
1690 Russell Road
Paoli, PA  19301

Re:    U.S. Patent Application No. 09/848,251
       Filed:  May 4, 2001; By:  M. BRACE et al.
       For:    BONE FIXATION ASSEMBLY

Dear Jessie:

    We have now received an Office Action for this application, and a copy is enclosed for the inventors' review and comment.  Copies of the references cited by the Examiner are also enclosed.

    Claims 1, 2, and 5 were rejected under 35 U.S.C. 102(b) as being anticipated by U.S. Patent No. 5,607,426 to Ralph et al.  Claims 6 and 7 were rejected under 35 U.S.C. 103(a) as being unpatentable over Ralph et al in view of U.S. Patent No. 6,059,785 to Schavan et al. The Examiner also noted informalities in claim 1,

**Redacted**

Pennie & Edmonds LLP
ATTORNEYS · AT · LAW

Jessie B. Hill, Esq.
March 29, 2002
Page 2

Should you have any comments or questions, please feel free to contact us.

Sincerely,

Brian J. Malm

Enclosures

c:      Brian M. Poissant, Esq.
        Brian M. Rothery, Esq.

DC1 - 319053.1

# Exhibit 3

to Synthes's Reply Memorandum of Law in Support of its Cross-Motion to Compel

Example of Attorney Malm's work for Synthes on patent application no. PCT/CH00/00153

12395355.7

# PENNIE & EDMONDS LLP

| NEW YORK OFFICE<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036<br>(212) 790-9090<br>FACSIMILE: (212) 869-9741-8864 | 1667 K STREET, N.W.<br>WASHINGTON, DC 20006<br>(202) 496-4400<br>FACSIMILE: (202) 496-4444<br>MCI MAIL: 561-3768 | CALIFORNIA OFFICE<br>3390 HILLVIEW AVENUE<br>PALO ALTO, CALIFORNIA 94304<br>(650) 493-4935<br>FACSIMILE (650) 493-3556 |

WRITER'S DIRECT DIAL
(202) 496-4552
AWAITING ADMISSION IN CA

INTERNET ADDRESS:
MALMB@PENNIE.COM

October 5, 2001
**Via Facsimile & Air Mail**

Your Ref.:    1764/US
Our Ref.:    8932-189

Dr. P. Kaiser
Dr. Lusuardi AG
Kreuzbuhlstrasse 8
8008 Zurich
SWITZERLAND

Re:    National  Phase of PCT/CH00/00153
For:    TRANSCONNECTOR FOR COUPLING SPINAL RODS

Dear Dr. Kaiser:

Thank you for your September 11, 2001 letter regarding the above-identified matter.  As you are aware, the PCT case claimed priority to U.S. Application No. 09/466,725, which issued as U.S. Patent No. 6,283,967 on September 4, 2001.

**Redacted**

Please let us know if you have any questions or comments regarding this case.

Sincerely,

Brian J. Malm

Enclosures (with confirmation copy)

cc:    Jessie B. Hill, Esq.
    Brian M. Poissant, Esq.
    Brian M. Rothery, Esq.

DC1 - 304262.1

# Exhibit 4

to Synthes's Reply Memorandum of Law in Support of its Cross-Motion to Compel

Example of Attorney Malm's work for Synthes on patent application no. 09/497/123

12395355.7



**Pennie & Edmonds** LLP
ATTORNEYS-AT-LAW

1667 K STREET, N. W.
WASHINGTON, D.C. 20006 -1605
(202) 496-4400
FACSIMILE: (202) 496-4444

NEW YORK
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 -2711
(212) 790-9090
FACSIMILE: (212) 869-8864/9741

PALO ALTO
3300 HILLVIEW AVENUE
PALO ALTO, CALIFORNIA 94304 -1203
(650) 493-4935
FACSIMILE: (650) 493-5556

WRITER'S DIRECT DIAL:
(202) 496-4552
INTERNET ADDRESS:
MALMB@PENNIE.COM
ADMITTED IN CA ONLY

March 20, 2002
**Via Facsimile & Confirmation**

Our Ref.:    8932-114-999

Jessie B. Hill, Esq.
Director, Legal Affairs
Synthes (U.S.A.)
1690 Russell Road
Paoli, PA  19301

Re:    U.S. Patent Application No. 09/497,123
Filed:  February 3, 2000; By:  D. MESSERLI et al.
For:    END MEMBER FOR A BONE FUSION IMPLANT

Dear Jessie:

We have now received an Advisory Action mailed February 28, 2002, from the U.S. Patent & Trademark Office in this matter.  A copy is enclosed for your records.

The Examiner has not yet been persuaded of the patentability of the claimed invention.  In particular, the Examiner has indicated that our Amendment raises new issues and is not deemed to place the application in condition for allowance as indicated in the Advisory Action.
over the

**Redacted**

As always, we will keep you informed of further developments in this matter. Please let us know in the meantime if you have any questions.

Sincerely,

Brian J. Malm

Enclosures
c:    Brian M. Poissant, Esq.
Brian M. Rothery, Esq.

DC1 - 317388.1

A00003478

# Exhibit 5

to Synthes's Reply Memorandum of Law in Support of its Cross-Motion to Compel

Example of Attorney Malm's work for Synthes on patent application no. 09/686,189

12395355.7



**Pennie & Edmonds** LLP
ATTORNEYS·AT·LAW

1667 K STREET, N.W.
WASHINGTON, D.C. 20006 –1605
(202) 496-4400
FACSIMILE (202) 496-4444

**NEW YORK**
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 –2711
(212) 790-9090
FACSIMILE: (212) 869 8864/9741

· **PALO ALTO**
3300 HILLVIEW AVENUE
PALO ALTO, CALIFORNIA 94304 –1203
(650) 493-4935
FACSIMILE (650) 493-5556

March 10, 2003

Your Ref.:    1655/US
Our Ref.:    8932-227

· **WRITER'S DIRECT DIAL:**
(202) 496-4552

INTERNET ADDRESS:
MALMB@PENNIE.COM
NOT ADMITTED IN DC

Jessie B. Hill, Esq.
Director, Legal Affairs
Synthes (U.S.A.)
1690 Russell Road
Paoli, PA 19301

      Re:    U.S. Patent Application No. 09/686,198
              Filed: October 10, 2000; By: M. CESARONE
              For:    FREELY SEPARABLE SURGICAL DRILL GUIDE AND PLATE

Dear Jessie:

        We have now received an Office Action in connection with this matter, a copy of which is enclosed for your files, along with a copy of the reference cited, but not relied upon by the Examiner. The Office Action is non-final.

**Redacted**

Doc #: DC1: 345203.1

00009754



**Pennie & Edmonds** LLP
ATTORNEYS·AT·LAW

Jessie B. Hill, Esq.
March 10, 2003
Page 2

Should you have any comments or questions, please feel free to contact us.

Sincerely,

Brian J. Malm

Enclosures

c:    Brian M. Poissant, Esq.
      Brian M. Rothery, Esq.

Doc #: DC1: 345203.1

00009754

# Exhibit 6

to Synthes's Reply Memorandum of Law in Support of its Cross-Motion to Compel

Example of Attorney Malm's work for Synthes on patent application no. 10/165,069
(corresponding to PCT/CH99/00598)

1



1667 K STREET, N. W.
WASHINGTON, D.C. 20006 –1605
(202) 496-4400
FACSIMILE: (202) 496-4444

NEW YORK
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 –2711
(212) 790-9090
FACSIMILE: (212) 869-8864/9741

PALO ALTO
3300 HILLVIEW AVENUE
PALO ALTO, CALIFORNIA 94304 –1203
(650) 493-4935
FACSIMILE (650) 493-6556

WRITER'S DIRECT DIAL:
(202) 496-4552
INTERNET ADDRESS:
MALMB@PENNIE.COM
NOT ADMITTED IN DC

June 11, 2002

Your Ref.: 1755/US
Our Ref.: 8932-635-999

Jessie B. Hill, Esq.
Director, Legal Affairs
Synthes (USA)
1690 Russell Road
Paoli, PA 19301

> Re:   New U.S. Patent Application
>        Corresponding to PCT/CH99/00598
>        Filed:  June 10, 2002; By: Fridolin SCHLÄPFER et al.
>        For:    DEVICE FOR DISTRACTING OR
>                COMPRESSING BONES OR BONE FRAGMENTS

Dear Jessie:

We are pleased to inform you that the above-referenced utility patent application was filed in the U.S. Patent and Trademark Office ("USPTO") on June 10, 2002.  Copies of the documents filed at the Patent Office are enclosed for your records.

**Redacted**

Should you have any questions regarding this matter, please do not hesitate to contact us.

Sincerely,

Brian J. Malm

Enclosures
c:    Mr. Christoph Nötzli (w/encls.)
      Brian M. Poissant, Esq.
      Brian M. Rothery, Esq.

00013786

# Exhibit 7

to Synthes's Reply Memorandum of Law in Support of its Cross-Motion to Compel

Example of Attorney Malm's work for Synthes on patent application no. 10/360,620

12395355.7



**Pennie & Edmonds** LLP
A T T O R N E Y S - A T - L A W

1667 K STREET, N. W.
WASHINGTON, D.C. 20006 -1605
(202) 496-4400
FACSIMILE: (202) 496-4444

NEW YORK
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 -2711
(212) 790-9090
FACSIMILE: (212) 869-8864/9741

PALO ALTO
3300 HILLVIEW AVENUE
PALO ALTO, CALIFORNIA 94304 -1203
(650) 493-4935
FACSIMILE (650) 493-5556

March 26, 2003

Our Ref.:    8932-716-999

Jessie B. Hill, Esq.
Director, Legal Affairs
Synthes (U.S.A.)
1690 Russell Road
Paoli, PA  19301

WRITER'S DIRECT DIAL:
202-496-4552

INTERNET ADDRESS:
MALMB@PENNIE.COM
NOT ADMITTED IN DC

Re:    U.S. Patent Application No. 10/360,620
       Filed:  February 10, 2003 By:  P. PAVLOV *et al.*
       For:    DEVICE FOR THE INTRODUCTION OF MEDICAL ITEMS

Dear Jessie:

    We enclose for your file a copy of the official Filing Receipt, which confirms the application number and filing date for this matter.

    We also have now received a Notice to File Missing Parts in connection with the above-identified application.

**Redacted**

DC1: 346377.1



**Pennie & Edmonds** LLP
ATTORNEYS·AT·LAW

Jessie B. Hill, Esq.
March 26, 2003
Page 2

     Should you have any questions regarding this matter, please let us know.

                    Sincerely,

                    Brian J. Malm

Enclosures

cc:    Mr. Christoph Noetzli (w/ encls.)
       Brian M. Poissant, Esq.
       Brian M. Rothery, Esq.

DC1: 346377.1

00005116

# Exhibit 8

to Synthes's Reply Memorandum of Law in Support of its Cross-Motion to Compel

Example of Attorney Malm's work for Synthes on patent application no. 10/273,921
(corresponding to PCT/CH00/00224)

1



1667 K STREET, N W
WASHINGTON, D C 20006 -1605
(202) 496-4400
FACSIMILE (202) 496-4444

NEW YORK
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 -2711
(212) 790-9090
FACSIMILE (212) 869-8864/9741

PALO ALTO
3300 HILLVIEW AVENUE
PALO ALTO, CALIFORNIA 94304 -1203
(650) 493-4935
FACSIMILE (650) 493-5556

WRITER'S DIRECT DIAL:
(202) 496-4552
INTERNET ADDRESS:
MALMB@PENNIE.COM
NOT ADMITTED IN DC

October 28, 2002

Your Ref.:    LU-1754
Our Ref.:    8932-655-999

Jessie B. Hill, Esq.
Director, Legal Affairs
Synthes (U.S.A.)
1690 Russell Road
Paoli, PA 19301

> Re:    New U.S. Patent Application
>        Corresponding to PCT/CH00/00224
>        Filed: October 18, 2002; By: F. SCHLAPFER *et al.*
>        For:    DEVICE FOR THE ARTICULATED
>                CONNECTION OF TWO BODIES

Dear Jessie:

    We are pleased to inform you that the above-referenced utility patent application was filed in the U.S. Patent and Trademark Office on October 21, 2002.  Copies of the documents filed at the Patent Office are enclosed for your records.

**Redacted**



Pennie & Edmonds LLP
ATTORNEYS·AT·LAW

Jessie B. Hill, Esq.
October 28, 2002
Page 2

Should you have any questions regarding this matter, please do not hesitate to contact us.

Very truly yours,

Brian J. Malm

Enclosures

c:    Mr. Christoph Noetzli (w/ encls.)
      Brian M. Poissant, Esq.
      Brian M. Rothery, Esq.
      Tracy G. Parker , Esq.

DC1 - 333817.1

A00005461

# Exhibit 9

to Synthes's Reply Memorandum of Law in Support of its Cross-Motion to Compel

Example of Attorney Malm's work for Synthes on patent application no. 10/915,572

12395355.7

Pennie & Edmonds LLP
ATTORNEYS·AT·LAW

1667 K STREET, N.W.
WASHINGTON, D.C. 20006 -1605
(202) 496-4400
FACSIMILE (202) 496-4444

NEW YORK
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 - 2711
(212) 790-9090
FACSIMILE (212) 869-8864/9741

PALO ALTO
3300 HILLVIEW AVENUE
PALO ALTO, CALIFORNIA 94304 - 1203
(650) 493-4935
FACSIMILE (650) 493-5556

December 18, 2001

Our Ref.:    8932-250-999

Jessie B. Hill, Esq.
Director, Legal Affairs
Synthes (U.S.A.)
1690 Russell Road
Paoli, PA  19301

WRITER'S DIRECT DIAL
(202) 496-4552
INTERNET ADDRESS
MALMB@PENNIE.COM

Re:    U.S. Patent Application No. 09/915,572
       Filed:  July 27, 2001; By:  K. KUMAR et al.
       For:    SPINAL FIXATION SYSTEM

Dear Jessie:

        We enclose for your file a copy of the Official Filing Receipt that confirms the application number and filing date for this application as indicated above.

**Redacted**

                                              Sincerely,

                                              Brian J. Malm

Enclosure

c:    Brian M. Poissant, Esq.
      Brian M. Rothery, Esq.

DC1 - 310625.1

# Exhibit 10

to Synthes's Reply Memorandum of Law in Support of its Cross-Motion to Compel

Example of Attorney Malm's work for Synthes on patent application no. 10/036,464
(corresponding to PCT/CH99/00303)

1

**Pennie & Edmonds** LLP
A T T O R N E Y S · A T · L A W

1667 K STREET, N. W.
WASHINGTON, D.C. 20006 -1605
(202) 496-4400
FACSIMILE: (202) 496-4444

NEW YORK
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 -2711
(212) 790-9090
FACSIMILE: (212) 869-8864/9741

PALO ALTO
3300 HILLVIEW AVENUE
PALO ALTO, CALIFORNIA 94304 -1203
(650) 493-4935
FACSIMILE (650) 493-5556

January 8, 2002

Our Ref.:    8932-594-999

WRITER'S DIRECT DIAL:
(202) 496-4552
INTERNET ADDRESS:
MALMB@PENNIE.COM
AWAITING ADMISSION IN CA

Jessie B. Hill, Esq.
Director, Legal Affairs
Synthes (USA)
1690 Russell Road
Paoli, PA  19301

        Re:     New U.S. Patent Application
                Corresponding to PCT/CH99/00303
                Filed:  January 7, 2002; By:  R. FRIGG et al.
                For:   BONE SCREW WITH TWO-PART SCREW HEAD

Dear Jessie:

        We are pleased to inform you that the above-referenced utility patent application was filed in the U.S. Patent and Trademark Office on January 2, 2002.  Copies of the documents filed at the Patent Office are enclosed for your records.

<strong>Redacted</strong>

        Should you have any questions regarding this matter, please do not hesitate to contact us.

                      Sincerely,

                      Brian J. Malm

Enclosures

cc:    Mr. Christoph Noetzli (w/ encls.)
        Brian M. Poissant, Esq.
        Brian M. Rothery, Esq.