UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**Synthes (USA)** and
**Synthes Spine Company, L.P.**,
302 Wrights Lane East,
West Chester, PA 19380,

       Plaintiffs,

       v.

**Globus Medical Inc.**,
**Richard A. Kienzle** and
**David C. Paul**,

       Defendants

1:06-MS-00161 RMC

---

**PRAECIPE**
**SUBSTITUTION OF COUNSEL**

Notice is hereby given that Rebecca P. Dick is substitute counsel for Plaintiffs Synthes (USA) and Synthes Spine Company, L.P., replacing Terri L. Bowman as lead counsel.


Dated: July 5, 2006


By: _/s/ Terri L. Bowman, Rebecca P. Dick_
Terri L. Bowman, Esq.
(with permission)

By: _/s/ Rebecca P. Dick_
Rebecca P. Dick
D.C. Bar No. 463197
DECHERT LLP
1775 I Street, NW
Washington, D.C. 20006-2401
202-261-3400 Telephone
202-261-3333 Facsimile

Attorney for Plaintiffs

## Certificate of Service

I, Lisa D. Laws hereby certify that the **Praecipe for Substitution of Counsel** was served to the parties as indicated below.

>   First class mail and email
>
>   Matias Ferrario, Esq.
>   Castellano Malm Ferrario & Buck PLLC
>   2121 K Street, N.W., Suite 800
>   Washington, DC  20037
>   mferrario@cmfblaw.com
>   *Counsel for Castellano Malm Ferrario & Buck PLLC*
>
>   John P. McShea, Esq.
>   McShea Tecce, P.C.
>   Bell Atlantic Tower, 28th Floor
>   1717 Arch Street
>   Philadelphia, PA  19103
>   jmcshea@mcshea-tecce.com
>   *Counsel for Defendants*

Dated: July 5, 2006

_____
Lisa D. Laws
Paralegal