UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **Synthes (USA) and** <br> **Synthes Spine Company, L.P.** <br> 302 Wrights Lane East, <br> West Chester, PA 19380 <br><br> Plaintiffs <br><br> v. <br><br> **Globus Medical Inc.,** <br> **Richard A. Kienzle** and <br> **David C. Paul,** <br><br> Defendants | 1:06-MS-00161 RMC |

---

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Rebecca P. Dick as counsel in this case for Synthes (USA) and Synthes Spine Company, LP.

I certify that I am admitted to practice in this court.

Respectfully submitted,

Dated: July 5, 2006

_/s/ Rebecca P. Dick_
Rebecca P. Dick
Bar Identification : 463197
Dechert LLP
1775 I Street, NW
Washington, DC 20006-2401
(202) 261-3326 telephone
(202) 261-3333 facsimile
*Attorney for Plaintiffs*

- 1 -

## Certificate of Service

I, Lisa D. Laws hereby certify that the **Appearance for Rebecca P. Dick** was served to the parties as indicated below.

>First class mail and email
>
>Matias Ferrario, Esq.
>Castellano Malm Ferrario & Buck PLLC
>2121 K Street, N.W., Suite 800
>Washington, DC 20037
>mferrario@cmfblaw.com
>*Counsel for Castellano Malm Ferrario & Buck PLLC*
>
>John P. McShea, Esq.
>McShea Tecce, P.C.
>Bell Atlantic Tower, 28th Floor
>1717 Arch Street
>Philadelphia, PA 19103
>jmcshea@mcshea-tecce.com
>*Counsel for Defendants*

Dated: July 5, 2006

*/s/ Lisa D. Laws*
Lisa D. Laws
Paralegal