UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **Synthes (USA)** and **Synthes Spine Company, L.P.** 302 Wrights Lane East, West Chester, PA 19380<br><br>    Plaintiffs<br><br>    v.<br><br>**Globus Medical Inc., Richard A. Kienzle** and **David C. Paul,**<br><br>    Defendants | 1:06-MS-00161 RMC |

---

## MOTION FOR ROBERT W. ASHBROOK JR. TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Plaintiffs Synthes (USA) and Synthes Spine Company, L.P. ("Synthes"), move to allow Robert W. Ashbrook, Jr., of the law firm of Dechert LLP, to appear *pro hac vice* and participate as co-counsel in this action.

This motion is supported by the accompanying memorandum and the Declaration of Robert W. Ashbrook, Jr., attached therewith. A proposed order granting this motion is also attached.

Dated: July 5, 2006

Respectfully submitted,

*/s/ Rebecca P. Dick*
Rebecca P. Dick
Dechert LLP
1775 I Street, NW
Washington, DC 20006-2401
(202) 261-3326 telephone
(202) 261-3333 facsimile
*Attorney for Plaintiffs Synthes USA & Synthes Spine Co., L.P.*

- 1 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**Synthes (USA)** and
**Synthes Spine Company, L.P.**
302 Wrights Lane East,
West Chester, PA 19380

    Plaintiffs

v.                                                                      1:06-MS-00161 RMC

**Globus Medical Inc.,**
**Richard A. Kienzle** and
**David C. Paul,**

    Defendants

---

**MEMORANDUM IN SUPPORT OF SYNTHES'S
MOTION FOR ROBERT W. ASHBROOK, JR., TO APPEAR *PRO HAC VICE***

Plaintiffs Synthes (USA) and Synthes Spine Co., LP ("Synthes") request that Robert W. Ashbrook, Jr., of the law firm of Dechert LLP be permitted to appear *pro hac vice* on their behalf in this matter.

The requirements of Local Civil Rule 83.2(b) are met. The motion being filed by Mr. Ashbrook is signed by a sponsoring member of the bar of the this Court. The motion is accompanied by Mr. Ashbrook's declaration which sets forth the remaining requirements of Rule 83.2(d):

    (1)    Mr. Ashbrook's full name is Robert Wright Ashbrook, Jr. Ashbrook Dec. ¶ 2.

    (2)    Mr. Ashbrook's office address is care of Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, Pennsylvania, 19104-2808. His telephone number is 215-994-2215. *Id.* ¶ 3.

    (3)    Mr. Ashbrook is admitted to bars of the following jurisdictions and courts: Commonwealth of Pennsylvania, U.S. District Court for the Eastern District of Pennsylvania, State of New Jersey, U.S. District Court for the District of New Jersey, U.S. Court of Appeals for the Federal Circuit, U.S. Patent and Trademark

Office. *Id.* ¶ 4.

(4)    Mr. Ashbrook certifies that he has not been disciplined by any bar. *Id.* ¶ 5.

(5)    Mr. Ashbrook has not previously been admitted *pro hac vice* before this Court. *Id.* ¶ 6.

(6)    Mr. Ashbrook does not engage in the practice of law from an office located in the District of Columbia. *Id.* ¶ 7.

Good cause exists for Mr. Ashbrook to appear *pro hac vice* for Synthes in this matter. He has an ongoing attorney/client relationship with Synthes, and he is the Synthes attorney most familiar with the specific issues of fact and law in the case at bar. He personally signed the original subpoena at issue, and he personally attempted to negotiate compliance with the subpoena. *Id.* ¶ 9. Mr. Ashbrook is willing to comply with the rules of this Court. *Id.* ¶ 10.

Respectfully submitted,

Dated: July 5, 2006

_____
Rebecca P. Dick
Dechert LLP
1775 I Street, NW
Washington, DC 20006-2401
(202) 261-3326 telephone
(202) 261-3333 facsimile
*Attorney for Plaintiffs Synthes USA and Synthes Spine Co., L.P.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**Synthes (USA)** and
**Synthes Spine Company, L.P.**
302 Wrights Lane East,
West Chester, PA 19380

    Plaintiffs

    v.

**Globus Medical Inc.,**
**Richard A. Kienzle** and
**David C. Paul,**

    Defendants

1:06-MS-00161 RMC

---

## DECLARATION OF ROBERT W. ASHBROOK, JR.

I, Robert W. Ashbrook, Jr., declare and state as follows:

1. I desire to appear *pro hac vice* on behalf of Plaintiffs Synthes (USA) and Synthes Spine Co. L.P. ("Synthes") in the above captioned matter.

2. My full name is Robert Wright Ashbrook Jr.

3. I am an associate attorney with the law firm of Dechert LLP. My office address is Cira Centre, 2929 Arch Street, Philadelphia, Pennsylvania, 19104-2808. My telephone number 215-994-2215.

4. I am admitted to bars of the following jurisdictions and courts: Commonwealth of Pennsylvania, U.S. District Court for the Eastern District of Pennsylvania, State of New Jersey, U.S. District Court for the District of New Jersey, U.S. Court of Appeals for the Federal Circuit, U.S. Patent and Trademark Office.

5. I certify that I have not been held in contempt by any court or censured,

suspended, disbarred, or otherwise disciplined by any court or disciplinary committee. I have not been denied admission to the courts of any state or to any federal court.

6. I have not previously been admitted *pro hac vice* before this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. Synthes has asked me to represent it in conjunction with this matter. If I am allowed to appear *pro hac vice* in this matter, I will be associated with counsel of record Rebecca P. Dick of the law firm of Dechert LLP. Ms. Dick is admitted to practice before this Court.

9. I have an ongoing attorney/client relationship with Synthes, and I am the Synthes attorney most familiar with the specific issues of fact and law in the case at bar. I personally signed the original subpoena at issue, and I personally attempted to negotiate compliance with the subpoena.

10. I am willing and able to comply with all rules of the this Court, including those relating to admission, professional conduct, and civil procedure.

11. I respectfully ask this Court to allow me to appear *pro hac vice* before this Court until the conclusion of this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2006

Robert W. Ashbrook Jr.
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2215 telephone
(215) 994-2222 facsimile
*Attorney for Plaintiffs Synthes USA and Synthes Spine Co., L.P.*

- 1 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **Synthes (USA)** and **Synthes Spine Company, L.P.** 302 Wrights Lane East, West Chester, PA 19380<br><br>Plaintiffs<br><br>v.<br><br>**Globus Medical Inc.,** **Richard A. Kienzle** and **David C. Paul,**<br><br>Defendants | 1:06-MS-00161 RMC |

---

## ORDER

This matter is before the Court on the Motion for Robert W. Ashbrook, Jr. to Appear *Pro Hac Vice* in the above-referenced matter on behalf of Plaintiff Synthes (USA) and Synthes Spine Co., L.P. ("Synthes"). Being duly advised, the Court finds said Motion well taken.

IT IS THEREFORE ORDERED that Robert W. Ashbrook, Jr. of the law firm of Dechert LLP, shall be granted permission to appear *pro hac vice* on behalf of Synthes.

IT IS SO ORDERED this _____ day of _____, 2006.


_____
ROSEMARY M. COLLYER, U.S.D.J.

- 1 -

- 2 -

## Certificate of Service

I certify that today in

>Synthes et al. v. Globus Medical Inc. et al., D.D.C. no. 1:06-MS-00161 RMC

I caused a copy of

>Motion for Robert W. Ashbrook Jr. to Appear *Pro Hac Vice*
>
>Memorandum in Support of Synthes' Motion for Robert W. Ashbrook to Appear *Pro Hac Vice*
>
>Declaration of Robert W. Ashbrook Jr.
>
>[Proposed] Order

to be served by

>First class mail and email

upon:

>Matias Ferrario, Esq.
>Castellano Malm Ferrario & Buck PLLC
>2121 K Street, N.W., Suite 800
>Washington, DC  20037
>mferrario@cmfblaw.com
>*Counsel for Castellano Malm Ferrario & Buck PLLC*
>
>John P. McShea, Esq.
>McShea Tecce, P.C.
>Bell Atlantic Tower, 28th Floor
>1717 Arch Street
>Philadelphia, PA  19103
>jmcshea@mcshea-tecce.com
>*Counsel for Defendants*

Dated: July 5, 2006

_____
Lisa D. Laws
Paralegal