UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYNTHES (U.S.A.), et al.,<br>　　　　Plaintiffs,<br><br>v.<br><br>GLOBUS MEDICAL, INC., et al.,<br>　　　　Defendants. | :<br>:　1:06-MC-161<br>:<br>:　RMC/<br>:<br>:　(original matter pending in the<br>:　U.S.D.C. for the E.D. Pa.<br>:　CA No. 2:04-cv-1235 LFS) |

**MOTION TO ADMIT FREDERICK A. TECCE IN THIS MATTER *PRO HAC VICE***

　　　In accordance with Local Rules 83.2(d) of this United States District Court in and for the District of Columbia, the undersigned respectfully moves for the admission *pro hac vice* of Frederick A. Tecce, of the law firm of McShea/Tecce, P.C., Bell Atlantic Tower, 28th Floor, 1717 Arch Street, Philadelphia, Pa., 19103, telephone: 215-599-0800, fax: 215-599-0888, for purposes of participating in the above-styled case only.

　　　In support of this motion, attached is a Declaration by Frederick A. Tecce in accordance with LCvR 82.3(d).  Further, it is hereby designated that Matias Ferrario, D.C. Bar. No. 472883, is a member of the bar of this Court and maintains an office in this District for the practice of law.  Matias Ferrario is a person to whom the Court and counsel may readily communicate and upon whom papers may be served.

Dated: July 7, 2006

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　　Matias Ferrario, Esq. (D.C. Bar No. 472883)
　　　　　　　　　　　　　　　　　Kristina Castellano, Esq. (D.C. Bar No. 465664)
　　　　　　　　　　　　　　　　　**Castellano Malm Ferrario & Buck PLLC**
　　　　　　　　　　　　　　　　　2121 K Street, N. W., Suite 800
　　　　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　　　　Phone: 202-478-5300

1

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYNTHES (U.S.A.), et al., <br>       Plaintiffs, <br><br> v. <br><br> GLOBUS MEDICAL, INC., et al., <br>       Defendants. | : <br> :   1:06-MC-161 <br> : <br> :   RMC/ <br> : <br> :   (original matter pending in the <br> :   U.S.D.C. for the E.D. Pa. <br> :   CA No. 2:04-cv-1235 LFS) |

## ORDER

This matter having come before the Court on the Motion to Admit Frederick A. Tecce *Pro Hac Vice* in the above-referenced matter on behalf of Globus Medical Inc., Richard A. Kienzle and David C. Paul ("Globus Medical"). Being duly advised, the Court finds said Motion well taken.

It is therefore ordered that Frederick A. Tecce of the law firm of McShea Tecce P.C., shall be granted permission to appear *pro hac vice* on behalf of Globus Medical.

                                                  Rosemary M. Collyer, U.S.D.J.