UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYNTHES (U.S.A.), et al., : | |
| : | 1:06-MC-161 |
| Plaintiffs, : | |
| : | RMC/: |
| v. : | (Original matter pending in the |
| : | U.S.D.C. for the E.D. Pa. |
| GLOBUS MEDICAL INC., et al., : | CA No. 2:04-cv-1235 LFS) |
| : | |
| Defendants. | |

**DECLARATION OF FREDERICK A. TECCE IN SUPPORT OF THE MOTION
TO ADMIT FREDERICK A. TECCE IN THIS MATTER *PRO HAC VICE***

I, Frederick A. Tecce, declare:

1. My name is Frederick A. Tecce.

2. I am a partner with the law firm of MCSHEA TECCE, P.C., located at the Bell Atlantic Tower, 28th Floor, 1717 Arch Street, Philadelphia, Pennsylvania 19103, phone number 215-599-0800.

3. I am a member of the bar of the Commonwealth of Pennsylvania and the State of New York and have been admitted to practice in the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Federal Circuit.

4. I certify that I have not been disciplined by any bar or court.

5. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia in the last two years.

6. I am not engaged in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, and I do not have a pending application for membership in the District of Columbia bar.

I declare under penalty of perjury under the laws of the United States of America, the District of Columbia, and the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed on this 5th day of July 2006 at Philadelphia, Pennsylvania.

FREDERICK A. TECCE