UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYNTHES (U.S.A.), et al., | ) </br> ) |
| Plaintiffs, | ) </br> ) |
| v. | )    Civil Action No. 06-MC-161 (RMC) </br> ) |
| GLOBUS MEDICAL, INC., et al., | ) </br> ) </br> ) |
| Defendants. | ) </br> ) |

**ORDER**

For the reasons stated on the record at the hearing on this matter on August 1, 2006, it is hereby

**ORDERED** that the motion to quash subpoena filed by Castellano Malm Ferrario & Buck PLLC ("Castellano") [Dkt. #2] is **DENIED as moot**; and it is

**FURTHER ORDERED** that Plaintiffs' cross motion to compel [Dkt. #6] is **DENIED as moot**; and it is

**FURTHER NOTED** that the parties have agreed to the following:

1) Castellano shall produce to Plaintiffs copies of the nonpatent literature related to all of the approximately 30 Globus patent applications referenced at the hearing (the "Globus Patent Applications");

2) Castellano shall prepare information disclosure statements for the Globus Patent

Applications, which will include a list of patent literature;

    3) the parties will enter into a protective order governing the documents produced;

    4) Globus will search the hard drives belonging to all of its employees and will create and produce a privilege log;

    5) Castellano will create and produce a privilege log regarding notes of meetings between Castellano attorneys and Globus employees. The log will identify meeting attendees and dates of meetings. Whenever possible, Castellano will designate the Globus Patent Application to which the meeting notes relate.

    **SO ORDERED.**

Date: August 1, 2006      _____/s/_____
    ROSEMARY M. COLLYER
    United States District Judge